AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
FEB - 7 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SANTIAGO RUBIO-TREJO | ) | Case No. $EP.17.m.599 - ATB$. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2/4/2017_____ in the county of _____El Paso_____ in the

_____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | when applying for admission to the United States, did knowingly personate another and attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gabriela Avelar, CBP Enforcement Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____02/07/2017_____

_____
*Judge's signature*

City and state: _____El Paso, Texas_____

Anne T. Berton, United States Magistrate Judge
_____
*Printed name and title*

**FACTS**

That on February 4, 2017, the DEFENDANT, Santiago RUBIO-Trejo, a native and citizen of Mexico attempted to enter the United States coming from Mexico via pedestrian primary at the Paso Del Norte Port of Entry, in El Paso, Texas, by presenting a genuine Form I-551, proof of Lawful Admission for Permanent Resident, bearing the name and photograph of another, representing himself to be that person, to Customs and Border Protection Officer Alberto Esparza. Officer Esparza conducted a routine database query and received a positive alert for a lost or stolen card. Officer Esparza asked the DEFENDANT where he was going to which he stated to the bus depot to buy a bus ticket to Houston, TX. Officer Esparza asked the DEFENDANT for his name to which he stated the name on the document which was presented. Officer Esparza further asked the DEFENDANT when he became a resident and stated 2000, however the resident card he presented stated he became a resident in 1990. Officer Esparza did not admit the DEFENDANT, but rather escorted him to Passport Control Secondary (PCS) for further inspection. At PCS, the DEFENDANT admitted to his true identity and that he is a citizen of Mexico. The DEFENDANT admitted that he purchased the document he presented from an unknown vendor for $200 USD. The DEFENDANT further admitted that his intentions upon entering the United States were to travel to Houston, Texas to pick up his children and return to Mexico. Database records checks disclosed that the DEFENDANT was removed from the United States to Mexico on or about August 25, 2016. Officer Pablo F. Rivera served the DEFENDANT with form I-214 Warning of Rights in the Spanish version, which he read, said he understood and signed voluntarily indicating that he was not willing to answer further question without the presence of an attorney. All questioning ceased.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Criminal History:
February 2, 2009   - DEFENDANT was convicted of Sale of Controlled Substance and Possession of Controlled Substance w/Intent to Sell or Deliver.

September 7, 2005 - DEFENDANT was convicted for Simple Assault.

Immigration History:
DEFENDANT was removed from the United States on or about August 25, 2016